# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 7, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

**FILED**

Oct 10, 2019
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

      Re:  Jessie D. McDonald
           v. Federal Communications Commission, et al.
           No. 19-8
           (Your No. 19-5448, 19-5449)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk