**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: October 18, 2019

Mr. Jessie Daniel McDonald
P.O. Box 60641
Nashville, TN 37206-0641

        Re:  Case No. 19-5448, *Jessie McDonald v. FCC, et al*
              Originating Case No. : 3:19-cv-00072

Dear Mr. McDonald:

  The Court issued the enclosed Order today in this case.

                                                   Sincerely yours,

                                                   s/Robin L. Johnson
                                                   Case Manager
                                                   Direct Dial No. 513-564-7039

cc:  Mr. Kirk L. Davies

Enclosure

No. 19-5448

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| JESSIE DANIEL McDONALD, | ) | |
| | ) | **FILED** |
| Petitioner-Appellant, | ) | Oct 18, 2019 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | O R D E R |
| | ) | |
| FEDERAL COMMUNICATIONS COMMISSION, et al., | ) | |
| | ) | |
| Respondents-Appellees. | ) | |

Before: ROGERS, SUTTON, and READLER, Circuit Judges.

Jessie D. McDonald appeals a district court order denying him leave of court to file a motion for relief from the judgment, challenging the 2005 denial and dismissal of his petition for writ of coram nobis and the 2011 imposition of sanctions. He twice moved to stay the judgment pending resolution of his appeal. We denied his motions because, although he failed to address any of the factors supporting a stay, none weighed in his favor. McDonald moves for reconsideration, alleging that the factors do weigh in his favor. He also moves for leave to file a motion for relief from the judgment.

We will generally not consider issues raised for the first time in a motion for reconsideration. *See Costo v. United States*, 922 F.2d 302, 302−03 (6th Cir. 1990). McDonald did not address any of the stay factors in his original motion. And, regardless, we determined that none of those factors weighed in his favor. He does not meaningfully challenge our reasoning in his motion for reconsideration.

No. 19-5448
-2-

McDonald also moves for relief from the judgment. To the extent he seeks relief from our order denying a stay, his request is unavailing for the same reasons we deny reconsideration. To the extent he seeks relief from the district court's denial of his coram nobis petition, his request is premature and we will review the merits of his appeal following the completion of briefing.

The motions for reconsideration and relief from the judgment are **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk