## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 08, 2020

Mr. Jessie Daniel McDonald
P.O. Box 60641
Nashville, TN 37206-0641

Mr. John H. Bledsoe
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Andrew Smith
Office of the Attorney General
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

> Re: Case No. 19-5448/19-5449, *Jessie McDonald v. FCC, et al*
> Originating Case No. : 3:19-cv-00072

Dear Mr. McDonald and Counsel:

The Court issued the enclosed Order today in this case.

                        Sincerely yours,

                        s/Robin L. Johnson
                        Case Manager
                        Direct Dial No. 513-564-7039

cc: Mr. Kirk L. Davies

Enclosure

Nos. 19-5448/5449

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JESSIE DANIEL MCDONALD, )<br>)<br>    Petitioner-Appellant, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS COMMISSION, )<br>et al. (No. 19-5448), )<br>)<br>    Respondents-Appellees, )<br>)<br>and )<br>)<br>PAUL G. SUMMERS (No. 19-5449), )<br>)<br>    Respondent-Appellee. ) | **FILED**<br>Sep 08, 2020<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

Before: SUTTON, COOK, and WHITE, Circuit Judges.

Jessie Daniel McDonald, a Tennessee resident proceeding pro se, moves this court to reconsider its July 8, 2020 order denying his motion to proceed in forma pauperis. We have reviewed the motion and conclude that the court did not overlook or misapprehend any material point of law or fact. *See* Fed. R. App. P. 40(a)(2).

Accordingly, McDonald's motion for reconsideration is **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk