# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |


Filed: September 23, 2020


Mr. Jessie Daniel McDonald
P.O. Box 60641
Nashville, TN 37206-0641

Re:  Case No. 19-5448/19-5449, *Jessie McDonald v. FCC, et al*
Originating Case No. : 3:19-cv-00072

Dear Mr. McDonald:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc:  Mr. John H. Bledsoe
Mr. Kirk L. Davies
Mr. Andrew Smith

Enclosure

No mandate to issue

Case No. 19-5448/19-5449

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JESSIE DANIEL MCDONALD

      Petitioner - Appellant

v.

FEDERAL COMMUNICATIONS COMMISSION; TENNESSEE STATE ELECTION
COMMISSION

      Respondents - Appellees


   Appellant/Petitioner having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant/petitioner has failed to satisfy the following obligation(s):

     The proper fee was not paid by September 22, 2020.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.

                          **ENTERED PURSUANT TO RULE 45(a),**
                          **RULES OF THE SIXTH CIRCUIT**
                          Deborah S. Hunt, Clerk

  Issued:  September 23, 2020

                          _____